580250014 8

# United States District Court
## Violation Notice

United States Courts
Southern District of Texas
FILED
March 13, 2025
Nathan Ochsner, Clerk of Court

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ST16 | E 2087373 | Crenshaw | 4537 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 11/19/2024  1640 | 36 CFR 1.218(B)(11) |

Place of Offense

2002 Holcombe Blvd Houston Texas 77030

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Disorderly Conduct

### DEFENDANT INFORMATION      Phone: (773) 603 - 5387

| Last Name | First Name | M.I. |
|---|---|---|
| Navarro | Everardo | |

Street Address
1170 Westheimer Rd   APT 905

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Houston | Tx | 77077 | 09/07/1968 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 45553386 | | Tx | 355 56 0907 |

| ☒Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair Blk | Eyes Haz | Height 5-11 | Weight 175 |
|---|---|---|---|---|---|

| VEHICLE | VIN: | | CMV ☐ |
|---|---|---|---|
| Tag No. | State | Year | Make/Model   PASS ☐   Color |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ 250    Forfeiture Amount |
| | + $30 Processing Fee |
| **PAY THIS AMOUNT AT** www.cvb.uscourts.gov → | $ 280    Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

Refused To Sign

X Defendant Signature

Original - CVB Copy

*E2087373*

CVB SCAN 12/11/2024 9:1